NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CORE LABORATORIES LP,**
*Appellant*

**v.**

**SPECTRUM TRACER SERVICES, L.L.C.,**
*Appellee*

---

2015-1789, 2015-1790

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in Nos. 95/002,141, 95/002,144.

---

**JUDGMENT**

---

STEFFEN NATHANAEL JOHNSON, Winston & Strawn LLP, Washington, DC, argued for appellant. Also represented by CHRISTOPHER ERNEST MILLS, EIMERIC REIG-PLESSIS; JOSEPH DEAN LECHTENBERGER, Houston, TX; TANYA L. CHANEY, Shook, Hardy & Bacon, LLP, Houston, TX.

DENNIS DON BROWN, Brown Patent Law, P.L.L.C., Broken Arrow, OK, argued for appellee. Also represented

by JOHN CHRISTOPHER DAVIS, Johnson & Jones, P.C., Tulsa, OK.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, PLAGER, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 April 7, 2016 
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court